# EXHIBIT A



Case: 1:14-cv-01252 Document #: 1-1 Filed: 02/19/14 Page 2 of 2 PageID #:11