# EXHIBIT B

  

‹ ✉ **+14158151470**

02/17/2014 Mon

Your friend shared events with you on Hangtime. http://hangti.me/xy5PKHNybI

1:31PM

---

**http://hangti.me/xy5PKHNybI**

---

Open URL

---

Add to Bookmarks

---

Copy message text

---






# Don't Miss Out!

## View Your Friend's Events



