**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| ISMAEL SALAM, individually and on behalf of all others similarly situated, | ) ) ) | Case No. 14-cv-01252 |
| Plaintiff, | ) ) | Judge Robert M. Dow, Jr. |
| v. | ) ) | Mag. Judge Mary M. Rowland |
| HANGTIME, Inc., a Delaware corporation, and HOOK MOBILE, Inc., a Delaware corporation, | ) ) ) ) ) | JURY TRIAL DEMANDED |
| Defendants. | ) | |

**AGREED MOTION PERMITTING PLAINTIFF TO FILE A SECOND AMENDED COMPLAINT TO CORRECT PARTY NAME AND STIPULATION TO EXTEND TIME TO RESPOND**

Plaintiff, Ismael Salam ("Plaintiff"), through undersigned counsel and with the consent of counsel for Defendants, respectfully moves this Court pursuant to Federal Rule 15(a) for leave to amend his Complaint in this matter to correct a mistake in the name of a party Defendant. In support of this Motion, Plaintiff states as follows:

1. On February 19, 2014, Plaintiff filed this class action lawsuit against Defendant Hangtime, Inc. ("Defendant" or "Hangtime") on behalf of himself and others similarly situated who are alleged to have received unsolicited text messages from or on behalf of Hangtime. Plaintiff seeks relief pursuant to the Telephone Consumer Protection Act, 47 U.S.C. § 227, *et seq.* ("TCPA").

399975.1

2

2. On March 4, 2014, Plaintiff filed a First Amended Class Action Complaint (the "First Amended Complaint"), naming as an additional defendant, Defendant Hook Mobile, Inc. ("Hook Mobile").

3. On March 14, 2014, Hook Mobile received a copy of the First Amended Class Action Complaint but contends that it was not properly served. Plaintiff disputes Hook Mobile's contention as to improper service. If service was effective on March 14, 2014, Hook Mobile's responsive pleading would be due on April 4, 2014.

4. Counsel for Hook Mobile has contacted Plaintiff's counsel and advised of Hook Mobile's position that Hook Mobile was improperly served and further advised that Hook Mobile was incorrectly named in this litigation. The correct entity is Buc Mobile, Inc., d/b/a Hook Mobile. Counsel for Hook Mobile agreed to accept service of process, and counsel for Plaintiff agreed to amend the complaint and extend the time for Hook Mobile to respond.

5. Plaintiff now seeks leave to file a Second Amended Complaint, in the form attached as Exhibit 1 hereto, to correctly name the Hook Mobile entity as Buc Mobile, Inc., d/b/a Hook Mobile. This amendment thus seeks to correct a deficiency in the original pleading with regard to the entity's name only and does not affect the substantive rights of the parties. Consonant with Fed.R.Civ.P. 15(a), which provides that "leave shall be freely given when justice so requires," Plaintiff requests that this Court permit this amendment in the interest of accuracy of the pleadings.

6. Plaintiff also stipulates that Hook Mobile will have 60 days after service of the Second Amended Complaint to answer or otherwise respond.

7. Plaintiff's counsel has discussed this motion with counsel for Defendants, who have no objection.

WHEREFORE, Plaintiff respectfully requests that this Court grant the instant Motion and permit Plaintiff to file the Second Amended Complaint attached hereto to correctly name as a Defendant, Defendant Buc Mobile, Inc., d/b/a Hook Mobile and to approve the stipulation to extend time to respond.

Dated: April 2, 2014

Respectfully submitted,

ISMAEL SALAM, individually and on behalf of all others similarly situated

By: */s/ Katrina Carroll*
One of the Attorneys for Plaintiff
And the Proposed Putative Class

Katrina Carroll
*kcarroll@litedepalma.com*
**LITE DEPALMA GREENBERG, LLC**
One South Dearborn
Suite 2100
Chicago, IL 60603
312.212.4383
Fax: 312.212.5919

**CERTIFICATE OF SERVICE**

The undersigned, an attorney, hereby certifies that on the 2nd day of April, 2014, she caused a true and correct copy of the foregoing Motion to be filed electronically with the Clerk of the Court to be filed and served on all parties via the Court's CM/ECF system.

By: */s/ Katrina Carroll*
Katrina Carroll