UNITED STATES DISTRICT COURT
FOR THE Northern District of Illinois − CM/ECF LIVE, Ver 6,1
Eastern Division

Ismael Salam
                      Plaintiff,

v.                                            Case No.: 1:14−cv−01252
                                               Honorable Robert M. Dow Jr.

Hangtime, Inc., et al.
                      Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, April 28, 2014:

      MINUTE entry before the Honorable Robert M. Dow, Jr: In view of the representations set forth in Plaintiff's report regarding proposed Damasco stipulation [28], Plaintiff's motion to certify class [10] will remain pending. This case is set for further status hearing on 6/18/2014 at 9:00 a.m. Mailed notice(tbk, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at *www.ilnd.uscourts.gov*.