

# United States District Court
# Northern District of Illinois

In the Matter of

Salam

v.

Hangtime, Inc.

District Judge Elaine E. Bucklo

Case No. 14-CV-1252

Designated Magistrate Judge
Mary M. Rowland

## FINDING OF RELATEDNESS PURSUANT TO
## LOCAL RULE 40.4

In accordance with the provisions of Local Rule 40.4 of this Court, I find the above captioned case, presently pending on the calendar of Judge Robert M. Dow Jr. to be related to 14 C 1022 which is pending on my calendar. Accordingly, I request that the Executive Committee order said case to be reassigned to my calendar as a related case.

**Judge Elaine E. Bucklo**

Date: Wednesday, July 23, 2014

---

## ORDER OF THE EXECUTIVE COMMITTEE

IT IS HEREBY ORDERED that the above captioned case be reassigned to the calendar of Judge Elaine E. Bucklo

### ENTER

### FOR THE EXECUTIVE COMMITTEE

**Chief Judge Ruben Castillo**

Dated: Wednesday, July 23, 2014

District Reassignment - Finding of Relatedness