## UNITED STATES DISTRICT COURT
### FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6,1
### Eastern Division

Ismael Salam

                        Plaintiff,

v.                                                   Case No.: 1:14–cv–01252
                                                             Honorable John Robert Blakey

Hangtime, Inc., et al.

                        Defendant.


## NOTIFICATION OF DOCKET ENTRY


This docket entry was made by the Clerk on Wednesday, January 21, 2015:

      MINUTE entry before the Honorable John Robert Blakey:This case has been reassigned to form the initial calendar of the Honorable John Robert Blakey. Unless otherwise ordered by the court, all previously set discovery and briefing schedules and deadlines remain intact, and all existing referrals to the assigned magistrate judge remain in place. All previously set status hearing and motion hearing dates are stricken. To assist the court with its initial review of the case, the parties are directed, within 10 calendar days of this order's entry, to confer and then prepare and file a joint Reassignment Status Report, not to exceed five pages. A template of the Reassignment Status Report is available on Judge Blakey's homepage at www.ilnd.uscourts.gov. The parties are directed not to file or notice any motions, with the exception of emergency motions, prior to filing the joint Reassignment Status Report. For all emergency motions arising prior to the due date for the Reassignment Status Report, the parties are directed to contact chambers at (312) 435–6058, or Judge Blakey's courtroom deputy, Gloria Lewis, at (312) 818–6699. Additional dates will be set in a future order, as needed.Mailed notice(gel, )


**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.